# United States District Court
# Central District of California

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

INTERNET BRANDS, INC. et al,

    Defendants.

Case № 2:18-CV-00704-ODW (FFMx)

**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION TO STRIKE [15]**

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED THAT** the deadline for the Plaintiff to file a Motion to Strike Defendant's Answer is extended to April 25, 2018.

April 12, 2018

                                          **OTIS D. WRIGHT, II**
                               **UNITED STATES DISTRICT JUDGE**